# IN THE COMMONWEALTH COURT OF PENNSYLVANIA

Alberta Quiah,                                    :
                Appellant                :
                                :
              v.                        :         No. 408 C.D. 2021
                                :
The Devereux Foundation, Inc.                     :
d/b/a t/a Devereux Whitlock                        :
Center and James Sesher,                          :
individually and in his capacity                  :
as a Detective in the Easttown                     :
Township Police Department                        :

**PER CURIAM**               **O R D E R**

NOW, November 13, 2023, having considered Appellant's application for reargument and Appellee James Sesher's and Appellee The Devereux Foundation, Inc's answers in response thereto, the application is DENIED.